No. 76–1265. NATIONAL ASSOCIATION OF REGIONAL MEDICAL PROGRAMS, INC., ET AL. v. CALIFANO, SECRETARY OF HEALTH, EDUCATION, AND WELFARE, ET AL.   C. A. D. C. Cir. Certiorari denied.

No. 76–1343.   SAIKEN v. BENSINGER ET AL.   C. A. 7th Cir. Certiorari denied.

No. 76–1355.   PENTHOUSE INTERNATIONAL, LTD., ET AL. v. RANCHO LA COSTA, INC., ET AL.   Super. Ct. Cal., County of Los Angeles.   Certiorari denied.

No. 76–1398.   FLETCHER v. FLORIDA PUBLISHING Co.   Sup. Ct. Fla.   Certiorari denied.

No. 76–1463.   APRIL INDUSTRIES, INC. v. BJORK ET AL. Sup. Ct. Utah.   Certiorari denied.

No. 76–1469.   SPEROW ET AL. v. UNITED STATES.   C. A. 10th Cir.   Certiorari denied.

No. 76–1472.   PRIVITERA ET UX. v. UNITED STATES.   C. A. 9th Cir.   Certiorari denied.

No. 76–1497.   SANCHEZ v. UNITED STATES.   C. A. 2d Cir. Certiorari denied.

No. 76–6163.   FROMIN ET AL. v. UNITED STATES.   C. A. 6th Cir.   Certiorari denied.

No. 76–6174.   GITTENS v. UNITED STATES.   C. A. 3d Cir. Certiorari denied.

No. 76–6190.   MORGAN v. ILLINOIS.   App. Ct. Ill., 5th Dist. Certiorari denied.

No. 76–6191.   PIERCE v. GEORGIA.   Sup. Ct. Ga.   Certiorari denied.